IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00491-MSK-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as Parent and Next Friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

      Plaintiff,

v.

FREIGHTLINER, LLC, a limited liability company and a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P., a limited partnership,

      Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 5th day of May, 2008.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge