IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-MSK-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiffs,

v.

FREIGHTLINER, LLC, a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 8, 2008.**

    Based upon the parties' agreement, the Joint Stipulated Motion for Protective Order [filed October 7, 2008; docket #52] is **granted**, and the Stipulated Protective Order to Protect the Discovery and Dissemination of Confidential Information and Documents [docket #52-2] is filed contemporaneously with this minute order.