IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-00491-PAB-MEH | Date: November 7, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

AMY BULLOCK,  Michael Thomson

    Plaintiff,

vs.

DOMINO'S PIZZA, LLC,  (No appearance)

    Intervenor Plaintiff,

vs.

FREIGHTLINER, LLC, and  Darin Lang
PENSKE TRUCK LEASING COMPANY, L.P.,  Art Karstaedt

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**    **9:08 a.m.**

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant Freightliner's Motion for Protective Order (Doc. #63, filed 11/4/08).

**ORDERED:** As stated on the record, Defendant Freightliner's Motion for Protective Order (Doc. #63, filed 11/4/08) is GRANTED in part and DENIED in part.

**Court in recess:**    **9:45 a.m.**  (Hearing continued/concluded)
**Total time in court:** 0:37