IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

 Plaintiffs,

v.

FREIGHTLINER, LLC, a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P.,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 20, 2008.**

 For good cause shown, the Joint Motion to Modify Scheduling Order [filed November 19, 2008; docket #72] is **granted**. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Plaintiff's Expert disclosures due: | December 23, 2008 |
| Defendants' Expert disclosures due: | January 23, 2009 |
| Rebuttal Expert disclosures due: | February 9, 2009 |
| Discovery cutoff: | March 11, 2009 |
| Dispositive motions due: | April 9, 2009 |

All other deadlines and conference dates shall remain the same.