IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiffs,

v.

FREIGHTLINER, LLC, a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2009.**

    The Joint Motion to Vacate and Reschedule the Settlement Conference [filed January 14, 2009; docket #83] is **granted**. The Court construes this filing as a Motion to Convert the Settlement Conference to a Status Conference, therefore the Settlement Conference set in this matter for Tuesday, January 20, 2009, at 9:30 a.m., is hereby **converted** to a Status Conference. At that time, the parties shall come prepared to discuss a revised Scheduling Order including the rescheduling of a Settlement Conference date.