IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 08-cv-00491-PAB-MEH | FTR – Courtroom C203 |
| Date: January 20, 2009 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| AMY BULLOCK, | Michael Thomson |
| Plaintiff, | |
| v. | |
| FREIGHTLINER, LLC, and | Darin Lang |
| | Peter Jones |
| PENSKE TRUCK LEASING COMPANY, L.P., | Michael Sullivan |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:** 9:33 a.m.

Court calls case. Appearances of counsel.

Discussion regarding the status of the case and Defendant Freightliner's Motion for Modification to Court's Scheduling Order, Extension of Defendant's Expert Deadlines, and to Compel Depositions of Plaintiff's Expert McCort (Doc. #87, filed 1/16/09).

9:50 a.m.     The Court will take a brief recess to allow counsel to confer regarding the deposition of Mike McCort and regarding extensions of discovery deadlines.

10:38 a.m.    Court in session.

**ORDERED:** 1.   Defendant Freightliner's Motion for Modification to Court's Scheduling Order, Extension of Defendant's Expert Deadlines, and to Compel Depositions of Plaintiff's Expert McCort (Doc. #87, filed 1/16/09) is GRANTED. **The deposition of Mike McCort will take place on February 11, 2009.** Upon further agreement of counsel, the following deadlines are extended:

- Defendants' Expert Disclosures:     February 25, 2009

- Plaintiff's Expert Disclosures: March 11, 2009
- Discovery cutoff: June 5, 2009
- Dispositive Motions: June 19, 2009

2. A Final Pretrial Conference is set for **August 13, 2009, at 9:45 a.m.** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before August 6, 2009.**

3. A Settlement Conference is set for **March 31, 2009, at 10:00 a.m.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. Each party shall submit a Confidential Settlement Statement to Magistrate Judge Hegarty **on or before March 24, 2009,** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Court in recess:** 10:38 a.m. (Hearing concluded)
Total time in court: 0:28