IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of
JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK,
CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiff,

and

DOMINO'S PIZZA, LLC,

    Plaintiff-Intervenor,

v.

FREIGHTLINER, LLC,
a limited liability company and a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P., a limited partnership,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO PLAINTIFF-INTERVENOR DOMINO'S PIZZA, LLC AND
DEFENDANT FREIGHTLINER, LLC**
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss pursuant to F.R.C.P. 41(a)(1) [Docket No. 90]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff-intervenor Domino's Pizza LLC against defendant Freightliner, LLC

are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge