IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

      Plaintiffs,

v.

FREIGHTLINER, LLC, a division of Daimler Trucks North America, LLC, and
PENSKE TRUCK LEASING COMPANY, L.P.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2009.**

      For good cause shown, Plaintiffs' Unopposed Motion to Modify Scheduling Order With Respect to Endorsement of Rebuttal Expert Testimony [filed March 11, 2009; docket #98] is **granted**. Plaintiffs shall designate rebuttal experts **on or before March 25, 2009**.