IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of
JEFFREY BULLOCK, deceased, and as parent and next friend of
ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiff,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC,
formerly known as FREIGHTLINER, LLC,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on plaintiff's Rule 702 motion to preclude the testimony of Jerry Ogden [Docket No. 176]. Former defendant Penske Truck Leasing Company, L.P. ("Penske") identified Mr. Ogden as a potential expert witness in support of their defense at trial. *See* Final Pretrial Order [Docket No. 171] at 20. The Court dismissed Penske from this action on March 30, 2010 [Docket No. 225]. Therefore, it is

    **ORDERED** that plaintiff's motion to preclude the testimony of Jerry Ogden pursuant to Federal Rule of Evidence 702 [Docket No. 176] is denied as moot.

    DATED September 30, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge