IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiffs,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC, formerly known as Freightliner, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2010.**

    The Motion for Withdrawal of Bryce D. Allen [filed June 21, 2011; docket #336] is **granted**. Bryce D. Allen is hereby permitted to withdraw as counsel of record for Defendant.

    The Court reminds the parties of their continuing obligation to comply fully with D.C. Colo. LCivR 7.1A.