IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00491-PAB-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

      Plaintiffs,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC, formerly known as Freightliner, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2011.**

      The Joint Stipulated Motion to Request Order for Production of Autopsy Photographs and Request for Expedited Ruling [filed September 13, 2011; docket #346] is **denied without prejudice**. The Parties have failed to demonstrate why they are unable to procure the requested photographs by serving the Montrose County Coroner with a subpoena.