**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 08-cv-00491-WJM-MEH

AMY BULLOCK, as an individual, as the next of kin and personal representative of JEFFREY BULLOCK, deceased, and as parent and next friend of ADAM BULLOCK, CHELSEA BULLOCK, and MELISSA BULLOCK,

    Plaintiffs,

v.

DAIMLER TRUCKS NORTH AMERICA, LLC, formerly known as Freightliner, LLC,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE TRIAL BRIEFS**

---

This matter is before the Court on the parties' Joint Motion for Leave to File Trial Briefs filed September 15, 2011 (ECF No. 349). The Court having reviewed the Motion and for good cause shown hereby ORDERS as follows:

The parties' Joint Motion for Leave to File Trial Briefs is GRANTED. Plaintiffs and Defendant are granted leave to file simultaneous Trial Briefs addressing the following issues and subjects only:

1. Plaintiffs' Claim of Strict Product Liability, Negligence, and the Crashworthiness Doctrine;

2. Safety Restraints, including seat belt and bunk restraint design and use;

3. Collateral Source Rule and Workers' Compensation, Social Security, Life Insurance and Restitution Proceeds Paid to Plaintiff; and the

4. Spoliation Issue.

The parties' Trial Briefs shall be limited to ten double-spaced pages, exclusive of attorney signature blocks and certificates of service. No responsive or reply briefs will be permitted, and no enlargement of brief size or extension of time to file said briefs will be granted. The parties' Trial Briefs must be filed on or before September 30, 2011.

Dated this 16th day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge